March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**TEL/VIDEOCONFERENCE**

-v-

_____-CR-_____(___)(___)
21 Mag. 8604

Rovier Carrington,

           Defendant(s).
--------------------------------------------------------------------X

Defendant _____ROVIER   CARRINGTON_____ hereby voluntarily consents
to participate in the following proceeding via Tel/videoconferencing:

X      Initial Appearance/Appointment of Counsel

_____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

_____    Preliminary Hearing on Felony Complaint

_____    Bail/Revocation/Detention Hearing

_____    Status and/or Scheduling Conference

_____    Misdemeanor Plea/Trial/Sentence

Tamara Giwa
for Rovier Carrington

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defense Counsel's Signature

Rovier Carrington
Print Defendant's Name

Tamara Giwa
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

9/29/21

Date

U.S. District Judge/U.S. Magistrate Judge