**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2021

November 8, 2021

**By ECF**

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Rovier Carrington**
       **21 Cr. 653 (VEC)**

Dear Judge Caproni:

     I write to respectfully request that the initial status conference, scheduled for November 29, 2021, proceed remotely by telephone or videoconference. Mr. Carrington lives in Los Angeles, California, and is unable to travel to New York to appear in person. He readily consents to appearing remotely instead.

     Thank you for your consideration of this request.

Respectfully submitted,

/s/

Tamara L. Giwa
Counsel for Rovier Carrington
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Kevin Mead (via ECF)

Application DENIED without prejudice.

The Court prefers that criminal proceedings be held in person. Counsel is welcome to refile its application with additional detail as to why Mr. Carrington is unable to attend the conference in person. The Court is unlikely to approve such a request without good cause.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: November 8, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE