**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 16, 2021

**By ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2021
```

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Rovier Carrington, 21 Cr. 653 (VEC)**

Dear Judge Caproni:

**MEMO ENDORSED**

    I write to respectfully renew my request that the initial status conference, scheduled for November 29, 2021, proceed remotely. Mr. Carrington is immuno-compromised, and thus at greater risk of complications arising from COVID-19. Mr. Carrington reports that since the COVID-related lockdowns began last March, he has left his house fewer than ten times. A letter from Mr. Carrington's treating physician, Dr. Joseph Defoto at the Southern California Men's Medical Group, is attached to this letter as Exhibit A. Dr. Defoto recommends that Mr. Carrington not travel due to his increased risk factors.

    Mr. Carrington lives in Los Angeles, California. A remote proceeding would allow Mr. Carrington to avoid the increased risks associated with entering public places by participating from the safety of his home.

    Thank you for your continued consideration of this request.

Respectfully submitted,

/s/

Tamara L. Giwa
Counsel for Rovier Carrington
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Kevin Mead (via ECF)

Application GRANTED.

The Court will hold the pretrial conference via Zoom. Chambers will email the parties' the link to the Zoom conference a few days in advance of the proceeding.

Any interested members of the public may attend the conference by dialing 929-205-6099, using the meeting ID 835 4008 5714, and the passcode 532625. Recording or rebroadcasting the proceeding is strictly prohibited by law.

SO ORDERED.

Date: November 16, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE