USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

ROVIER CARRINGTON,
                          Defendant.

------------------------------------------------------------------X

21-CR-653 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference in this matter is currently scheduled for Tuesday, March 8, 2022 at 2:30 P.M., Dkt. 18.

    IT IS HEREBY ORDERED that the status conference will be held via video conference using the Zoom platform. The Court will send the parties a link to the conference a few days in advance of the conference. Interested members of the public may listen to the proceeding remotely by dialing 929-205-6099, using the meeting ID 878 3571 8050 and the passcode 248160. Recording or rebroadcasting the proceeding is strictly prohibited by law.

    IT IS FURTHER ORDERED that the parties must file a joint letter, updating the Court on the status of this matter, including with respect to discovery, by no later than **Wednesday, March 2, 2022**.

**SO ORDERED.**

Date: February 23, 2022
      New York, NY

                                       **VALERIE CAPRONI**
                                       **United States District Judge**