**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 1, 2022

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2022

**RE:   United States v. Rovier Carrington, 21 Cr. 653 (VEC)**

Dear Judge Caproni:                **MEMO ENDORSED**

    I write in response to the Court's order dated February 23, 2022 (ECF # 19) to provide a joint update about the status of this matter. The government has completed the production of discovery materials. Mr. Carrington is in the process of reviewing the discovery. The parties are engaged in pretrial negotiations with the hope of achieving a resolution.

    In light of these ongoing discussions, I also write to respectfully request an adjournment of approximately 30 days of the status conference currently scheduled for March 8, 2022. This is the first defense request for an adjournment. The government does not object to this request. The defense does not object to the exclusion of time under the Speedy Trial Act.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Tamara L. Giwa
Counsel for Rovier Carrington
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Kevin Mead (via ECF)

Application GRANTED.

The status conference, currently scheduled for Tuesday, March 8, 2022 at 2:30 P.M., is adjourned to **Monday, April 11, 2022 at 2:00 P.M.**  By no later than **Monday, April 4, 2022**, the parties must file a joint status update.  If the parties have not reached a disposition in advance of the conference, the Court will set a pre-trial and trial schedule at the conference.  The Court will hold such a status conference via Zoom and will post the public dial in information and send the parties a link to the platform a few days in advance of the conference.  If the parties reach a disposition, the Court is unlikely to allow Mr. Carrington to plead guilty remotely.

Given the complexities and delays associated with reviewing discovery, meeting with counsel, discussing potential dispositions, and preparing for trial during the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays outweigh Mr. Carrington's and the public's interests in a speedy trial, and that exclusion of time between now and April 11, 2022 is warranted pursuant to 18 U.S.C. § 3161(h)(7).
 SO ORDERED.

Date: March 1, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE