# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/04/2022

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**By ECF**

April 4, 2022

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



**RE:   United States v. Rovier Carrington, 21 Cr. 653 (VEC)**

Dear Judge Caproni:

I write in response to the Court's order dated March 1, 2022 (ECF # 21) to provide a joint status update. Mr. Carrington intends to retain private counsel to represent him on this matter. He requests an adjournment of approximately 45 days in order to secure counsel and ensure a smooth transition in the representation. The government does not object to the request for an adjournment. Mr. Carrington does not object to the exclusion of time under the Speedy Trial Act.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Federal Defenders of New York
(917) 890-9729

Cc:    AUSA Kevin Mead (via ECF)

Application GRANTED.

The status conference, currently scheduled for Monday, April 11, 2022 at 2:00 P.M., is adjourned to **Thursday, June 2, 2022 at 2:00 P.M.**  The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

A further joint update, including with respect to Mr. Carrington's counsel, is due no later than **Friday, May 20, 2022**.  The Court will not adjourn the status conference further on the basis of Mr. Carrington's desire to retain private counsel.  If Mr. Carrington has not secured private counsel by that date, by no later than **Monday, May 23, 2022**, he must notify the court whether he wishes to proceed *pro se* or whether he wishes for his current counsel to become his appointed counsel.  If he wishes to continue with his current counsel, he must file a financial affidavit form so the Court may determine whether he qualifies for appointed counsel.

Given the complexities and delays associated with the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays outweigh the Defendant's and the public's interests in a speedy trial, and that exclusion of time between now and June 2, 2022 is warranted pursuant to 18 U.S.C. § 3161(h)(7).

SO ORDERED.

Date: April 4, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE