

**By ECF -- via Federal Defenders**

June 10, 2022

Honorable Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Dear Judge Caproni,

As the date has arrived for me to present my new counsel, I am requesting an extension. The attorney I wish to represent me in this case is unable to appear at this time due to scheduling conflicts, in the form of other legal matters. Your Honor, I believe accommodating the attorney's schedule will majorly assist me in the proper direction and decisions that will be made within your courtroom. The subject matter for this case has publicly crafted my image and will continue to craft my image, and in order for me to present my authentic portrayal, I ask of you to postpone the date for an attorney to present themselves as my counsel of record.

Your Honor, I appreciate the time you have extended me prior to this date, and I can honestly say, if you were to grant a postponement of two-months for my attorney to conclude their other obligations, I will be fully prepared to move forward with no more request for extensions. Your, Honor, I take your time and the courtroom's time quite seriously. Please consider my request.

Sincerely,

Rovier Carrington

Application DENIED.

The hearing, currently scheduled for Thursday, June 16, 2022 at 2:15 P.M., will take place in person as scheduled. The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

Mr. Carrington, his current counsel, and the Government are required to attend in person.  If Mr. Carrington retains private counsel in advance of the conference, and that counsel is unavailable to appear at Thursday's conference, that counsel is welcome to file a notice of appearance and request an adjournment of the conference.

SO ORDERED.

Date: June 10, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE