# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2022

June 15, 2022

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



RE:   **United States v. Rovier Carrington, 21 Cr. 653 (VEC)**

Dear Judge Caproni:

I write on behalf of Mr. Carrington to respectfully request that the status conference scheduled for tomorrow, June 16, 2022, proceed remotely. Mr. Carrington is immuno-compromised, and thus at greater risk of complications arising from COVID-19. A letter from Mr. Carrington's treating physician, Dr. Joseph Defoto was submitted to the Court in a previous application to appear remotely (ECF # 16). Mr. Carrington lives in Los Angeles, California, and is particularly concerned about traveling on an airplane filled with unmasked passengers. A remote proceeding would allow Mr. Carrington to avoid the increased risks associated with entering public places.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Kevin Mead (via ECF)

Application DENIED.

SO ORDERED.

Date: June 15, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE