**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2022
```

June 15, 2022

**By ECF**



The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Rovier Carrington, 21 Cr. 653 (VEC)**

Dear Judge Caproni:

    I write on behalf of Mr. Carrington to renew his request to appear remotely at tomorrow's status conference or to adjourn the status conference for approximately one month. Attached to this letter as Exhibit A is a letter from Mr. Carrington's treating physician, Dr. Joseph Defoto, recommending that Mr. Carrington "not travel or engage in group activities for one month after his second Covid booster…" Mr. Carrington is going to schedule a second booster shot immediately. A remote appearance tomorrow or an adjournment of one month would allow Mr. Carrington to avoid the risk of any further health complications.

    Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Kevin Mead (via ECF)

# EXHIBIT A



SoCal Men's Medical Group
9201 W. Sunset Blvd Suite 812
West Hollywood, California 90069
Tel: 310.550.1010
Fax: 310.550.0650

Wednesday, June 15, 2022

To Whom It May Concern:

Rovier J. Carrington (10/14/1988) is under my care and an established patient of this medical practice, SoCal Men's Medical Group. Due to medical conditions and comorbities, Mr. Carrington is at increased of serious complications should he be exposed to Covid 19. It is for this reason I have suggested that he not travel or engage in group activities for one month after his second Covid booster which he will schedule immediately.

Please call my office if you have any additional questions.

Sincerely,

*Joseph DeFoto, MD*

DeFoto, Joseph  MD

CA License# A63218

| Rovier J. Carrington | Patient #: 82370 | DOB: 10/14/1988 (33 years) |
|---|---|---|
| | Template: **Blank Letter | |
| 06/15/2022 01:18:49 PM | Printed by: Joseph DeFoto | Page 1 / 1 |

Application DENIED.

Mr. Carrington has known about that the Court would be holding an in person hearing in his case since April 4, 2022.  *See* Endorsement, Dkt. 23.  The Court then adjourned the hearing by an additional two weeks to give him more time, but noted very clearly that no more adjournments would be granted.  *See* Endorsement, Dkt. 25.  Both endorsements stated that the hearing would take place in person.  Despite two and half months of notice, Mr. Carrington did not schedule his second booster shot; second booster shots have been recommended by the CDC for immunocompromised individuals since March of 2022.  The Court advises Mr. Carrington to wear a mask on his flight.  The Court will not tolerate any more games.

SO ORDERED.

Date: June 15, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE