**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/17/2022

June 17, 2022

Honorable Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

I am not making excuses as to why I could not appear in court on June 16 and June 17, 2022. I am simply asking for time to appear in person as I just learned of an in-person appearance this week. With all due respect your Honor, I was afforded the option to appear remotely in past hearings due to my health concerns, which remains the same. I recently requested to appear in person after another booster shot, which I am in the round for at this time, not in March 2022.

I will abide by your rules moving forward. I ask that you allow me to appear in person within three-weeks time. I also plead that you recall the arrest warrant, as I am compliant. Please consider my request.

Sincerely,

Rovier Carrington

---

Mr. Carrington is not "compliant" with the orders of this court. He was clearly ordered to appear in court on June 16 and June 17; he appeared on neither date. He was clearly informed that if he failed to appear on June 16 and June 17 that a bench warrant would be issued for his arrest. Mr. Carrington chose to disobey the clear orders of this Court. He must now face the consequences of his decision. Application denied.

SO ORDERED.

Date: June 17, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE