**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/22
```

June 29, 2022

**MEMO ENDORSED**

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Carrington*, 21 Crim. 653 (VEC)

Dear Judge Caproni:

The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act between July 1, 2022 and August 1, 2022.

On June 17, 2022, the Court issued a bench warrant for the defendant's arrest because of his non-appearance. On that date, the Court also excluded Speedy Trial Time through July 1, 2022 to allow time for the defendant to be transported from the Central District of California to this District after his arrest.

The defendant self-surrendered in the Central District of California on June 21, 2022 and was ordered detained. The Government has communicated with the United States Marshals Service ("USMS") as to when the defendant will likely arrive in this District. USMS estimates that he will arrive in late July, although that timing may change. The Government therefore requests an exclusion of time under the Speedy Trial Act between today and August 1, 2022.

An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because the delay is the result of

the removal of the defendant from another District.  § 3161(h)(1)(E).  Defense counsel does not object to the exclusion of time.

          Respectfully Submitted,

          DAMIAN WILLIAMS
          United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*  06/29/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE