```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA               :
                                                              :
                  -against-                        :           21-CR-653 (VEC)
                                                              :
                                                               :             <u>ORDER</u>
ROVIER CARRINGTON,                   :
                            Defendant.     :
                                                                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS trial in this matter is currently scheduled to begin on **March 6, 2023**, Order, Dkt. 53.

      IT IS HEREBY ORDERED that by no later than **5:00 P.M. on Friday, December 16, 2022**, the parties must file a letter on ECF informing the Court whether they have a conflict with rescheduling trial to begin on either February 6, 2023, or February 13, 2023.

**SO ORDERED.**

Date:  **December 14, 2022**                               _____
       **New York, NY**                                       **VALERIE CAPRONI**
                                                                **United States District Judge**