```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                   :
:
         -against-                  :     21-CR-653 (VEC)
:
:           ORDER
ROVIER CARRINGTON                          :
                  Defendant.        :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 6, 2023, the parties requested that the Court schedule a change-of-plea hearing in this matter.

    IT IS FURTHER ORDERED that an initial status conference in this matter will be held on **Friday, February 10, 2023 at 2:30 P.M.**  The conference will be held **in person** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  February 6, 2023
       New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.