UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2023
```

----------------------------------------------------------------X
                                                                :
UNITED STATES OF AMERICA                                        :
                                                                :
                    -against-                                   :          21-CR-653 (VEC)
                                                                :
                                                                :          ORDER
ROVIER CARRINGTON,                                              :
                                        Defendant.              :
                                                                :
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 10, 2023, the parties appeared for a change of plea hearing; and

      WHEREAS Mr. Carrington entered a plea of guilty to Count 2 of the Indictment, which was accepted by the Court.

      IT IS HEREBY ORDERED that Mr. Carrington will be sentenced on **Thursday, June 1, 2023, at 3:00 P.M.**  Pre-sentencing submissions are due no later than **May 18, 2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  February 10, 2023**
**New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.