```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/02/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA          :     **TRANSPORTATION ORDER**

        - v -                     :     21 Cr. 653 (VEC)

Rovier Carrington,                :

                Defendant.        :

-----------------------------------x

Upon the application of **Rovier Carrington**, by his attorney, **Tamara Giwa, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Rovier Carrington with funds to cover the cost of airfare from Burbank, California to New York, New York in advance of Mr. Carrington's upcoming court date on Monday, July 10, 2023 at 2:30pm, arriving in New York no later than 10:00 am and no earlier than 5:00am on Monday, July 10, 2023; and it is hereby further

**ORDERED** that the aforesaid expense shall be paid by the United States Marshals Service.

Dated:  New York, New York          **SO ORDERED:**
        June 2, 2023

                                    _____
                                    HONORABLE VALERIE E. CAPRONI
                                    United States District Judge