UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
            -against-                                          :    21-CR-653 (VEC)
                                                               :
                                                               :         ORDER
ROVIER CARRINGTON,                                             :
                                         Defendant.            :
                                                               :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2023

VALERIE CAPRONI, United States District Judge:

The parties are scheduled to appear for a sentencing hearing in this matter on **Monday, July 10, 2023 at 2:30 P.M.**  Please be advised that the Court is considering imposing a sentence that would constitute an upward variance from the applicable guideline range.

**SO ORDERED.**

Date: July 5, 2023
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**