**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

# MEMO ENDORSED

July 8, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2023

**By ECF and Email**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:   United States v. Rovier Carrington, 21 Cr. 653 (VEC)**

Dear Judge Caproni:

      I write to inform the Court that the attorney-client relationship between Mr. Carrington and myself has broken down, and I believe that a conflict of interest now exists that prevents me and the Federal Defenders from representing Mr. Carrington. Mr. Carrington is entitled under the Sixth Amendment to effective and unconflicted representation. Accordingly, I request that the Court appoint substitute CJA counsel for Mr. Carrington and relieve the Federal Defenders.

Respectfully submitted,

/s/ Tamara L. Giwa

Tamara L. Giwa
Counsel for Rovier Carrington
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Kevin Mead (via ECF)
      AUSA Thomas Burnett (via ECF)

---

The Court will discuss defense counsel's request for a change of counsel at the hearing scheduled for Monday, July 10, 2023, at 2:30 P.M.

SO ORDERED.

*[signature: Valerie Caproni]*

07/08/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE