```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
                -against-                                      :   21-CR-653 (VEC)
                                                               :
                                                               :   ORDER
ROVIER CARRINGTON,                                             :
                                          Defendant.           :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a status conference on July 10, 2023;

WHEREAS Mr. Carrington requested a change of counsel; and

WHEREAS the Government moved to revoke Mr. Carrington's bail.

IT IS HEREBY ORDERED that Mr. Carrington's bail is REVOKED for the reasons stated at the hearing.

IT IS FURTHER ORDERED that Telemachus P. Kasulis and Kathleen E. Cassidy are hereby appointed to represent Mr. Carrington pursuant to the Criminal Justice Act. The Clerk of Court is respectfully directed to terminate Ms. Giwa from the docket.

IT IS FURTHER ORDERED that the parties are ordered to appear for a status conference on **Thursday, August 3, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. At the hearing, Mr. Carrington must be prepared to inform the Court whether he seeks a Court order requiring a mental health evaluation and whether he seeks to withdraw his guilty plea or proceed to sentencing.

**SO ORDERED.**

Date: July 10, 2023                                    _____
      New York, NY                                     **VALERIE CAPRONI**
                                                       **United States District Judge**