USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
-against- :  21-CR-653 (VEC)
:
:  ORDER
:
ROVIER CARRINGTON, :
               Defendant. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 31, 2023, defense counsel informed the Court of a potential conflict of interest in their representation of the Defendant and stated that the Defendant waived any potential conflict, Dkt. 88; and

WHEREAS the parties appeared before the Undersigned on August 3, 2023, for a status conference.

IT IS HEREBY ORDERED that Jeremy Schneider is appointed as CJA counsel for the limited purpose of advising Defendant regarding the risks of proceeding with counsel that is laboring under a potential conflict of interest and advising him whether he should waive the potential conflict.

IT IS FURTHER ORDERED that a status conference in this matter is scheduled for **Thursday, August 10, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: August 3, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**