USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                          :
:
-against-                          :         21-CR-653 (VEC)
:
:            ORDER
ROVIER CARRINGTON,                                :
                              Defendant.   :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 31, 2023, defense counsel informed the Court of a potential conflict of interest in their representation of the Defendant and stated that the Defendant waived any potential conflict, Dkt. 88;

      WHEREAS on August 3, 2023, the Court appointed Jeremy Schneider as *Curcio* counsel for the limited purpose of consulting with Mr. Carrington regarding the potential conflict of interest, Dkt. 98; and

      WHEREAS the parties appeared before the Undersigned on August 10, 2023, for a status conference.

      IT IS HEREBY ORDERED that the Court finds that Mr. Carrington knowingly and voluntarily waives any potential conflict of interest with defense counsel, and, if an appeal is taken, further waives any argument of ineffective assistance of counsel as a result of any potential conflict of interest.

      IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate Mr. Schneider from the docket.

      IT IS FURTHER ORDERED that a status conference in this matter is scheduled for **Monday, October 16, 2023, at 3:00 P.M.** in Courtroom 443 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York, 10007.  Not later than **Thursday, October 12, 2023**, Defendant must submit a status update informing the Court whether a competency evaluation has been completed, and if not, the anticipated timeline for the completion of a competency evaluation.

**SO ORDERED.**

Date:  August 10, 2023
       New York, NY

                                  **VALERIE CAPRONI**
                                  **United States District Judge**