# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 856-9600

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 16, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/16/2023

**MEMO ENDORSED**

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Rovier Carrington*, 21 Cr. 653 (VEC) (S.D.N.Y.)

Dear Judge Caproni,

      We represent Rovier Carrington in the above-referenced action. At the hearing held on August 10, 2023, we requested a court-appointed competency evaluation of our client under 18 U.S.C. § 4241(b). The Court directed that we identify an expert registered with the Southern District Criminal Justice Act ("CJA") e-Voucher System to conduct an evaluation of Mr. Carrington.

      We propose Cheryl Paradis, Psy.D., who is a licensed psychologist registered with the Southern District CJA program. Dr. Paradis has agreed to conduct an evaluation of Mr. Carrington and report her findings. Dr. Paradis's requested hourly rate is $400 and she estimates the total compensation will be approximately $12,000. The government has no objection to the selection of Dr. Paradis.

      As shown by her curriculum vitae, attached as Exhibit A to this letter, Dr. Paradis has the necessary credentials and experience to conduct an evaluation of Mr. Carrington. Dr. Paradis graduated from Marymount Manhattan College with a degree in Psychology and received her Psy.D. from Yeshiva University, Ferkauf Graduate School. Dr. Paradis has been a psychologist at the New York City Health and Hospitals Corporation for over 35 years, serves as a Clinical Associate Professor at the State University of New York, Health Sciences Center at Brooklyn and as an Adjunct Assistant Professor in the New York University School of Medicine's Department of Psychiatry. She has previously conducted mental health evaluations, including competency evaluations, in cases in the Southern District of New York. *See, e.g., Shengur v.*

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable Valerie E. Caproni
August 16, 2023
Page 2

*United States*, 10 Cr. 50, 2015 WL 5076865, at *3 (S.D.N.Y. Aug. 28, 2015); *United States v. Chickakli*, 09 Cr. 1002, 2014 WL 5369424, at *6 (S.D.N.Y. Oct. 16, 2014).

  For the foregoing reasons, we believe that Dr. Paradis will provide valuable assistance in this matter and we request that the Court approve her appointment. If the Court approves the use of Dr. Paradis's expert services at the requested hourly rate and estimated total compensation, we will submit an authorization form in the CJA portal. Upon receiving authorization through the CJA portal, Dr. Paradis can conduct her assessment of Mr. Carrington. At this time, I anticipate that Dr. ~~Carrington~~ Paradis will be able to complete her evaluation by the October 12, 2023 deadline to provide a status update to the Court.

                Respectfully submitted,

                /s/ *Telemachus P. Kasulis*
                Telemachus P. Kasulis

cc: Counsel of record

---

Application GRANTED.

SO ORDERED.

*[signature]*
08/16/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE