USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
             -against-                            :    21-CR-653 (VEC)
:
:       ORDER
ROVIER CARRINGTON,                                                :
                         Defendant.            :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is scheduled for Monday, October 16, 2023; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the status conference in this matter is ADJOURNED to **Tuesday, October 24, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Not later than **Tuesday, October 17, 2023**, Defendant must submit a status update informing the Court whether a competency evaluation has been completed, and if not, the anticipated timeline for the completion of a competency evaluation.

**SO ORDERED.**

Date:  September 20, 2023
         New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**