```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA

            -against-                    21-CR-653 (VEC)

                                        <u>ORDER</u>

    ROVIER CARRINGTON,
                     Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference in this matter is scheduled for Tuesday, October 24, 2023, at 11:00 A.M.; and

    WHEREAS this time is no longer convenient for the Court.

    IT IS HEREBY ORDERED that the status conference in this matter will be held on **Tuesday, October 24, 2023, at 10:15 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  September 22, 2023**
       **New York, NY**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**