# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 850-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 27, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2023



**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Rovier Carrington*, 21 Cr. 653 (VEC) (S.D.N.Y.)

Dear Judge Caproni,

We represent Rovier Carrington in the above-referenced action. We write to request that the Court amend its Order dated August 16, 2023, Dkt. No. 98, by directing the Department of Justice—rather than the Criminal Justice Act ("CJA") office—to pay the fees relating to the court-appointed competency evaluation of Mr. Carrington.

To provide some background, we filed a letter motion dated August 16, 20203, Dkt. No. 97, requesting a court-appointed competency evaluation of our client under 18 U.S.C. § 4241(b). We proposed that Cheryl Paradis, Psy.D., conduct the evaluation and provided her hourly rate ($400) and estimated total fees for the evaluation ($12,000). We stated that we would submit an authorization form through the CJA portal for Dr. Paradis's fees. The Court granted our request by endorsement the same day. Dkt. No. 98.

My colleague has since spoken with the CJA office and was informed that Dr. Paradis's fees should be paid by the Department of Justice, rather than the CJA office, pursuant to the CJA Guidelines, Vol. 7A, Guide to Judiciary Policy § 320.20.60 (stating that the government has the responsibility to pay the fees associated with mental competency evaluations under 18 U.S.C. § 4241).

Morvillo Abramowitz Grand Iason & Anello P.C.

The Honorable Valerie E. Caproni
September 27, 2023
Page 2

      We therefore request that the Court amend its Order dated August 16, 2023, Dkt. No. 98, by directing the Department of Justice to pay the fees relating to the court-appointed competency evaluation of Mr. Carrington. AUSA Burnett has informed us that the government has no objection to this request.

      Respectfully submitted,

      /s/ *Telemachus P. Kasulis*
      Telemachus P. Kasulis

cc:    Counsel of record

---

Application GRANTED.

SO ORDERED.

09/27/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE