# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 850-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

October 6, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023

**MEMO ENDORSED**

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Rovier Carrington,
      21 Cr. 653 (VEC)

Dear Judge Caproni,

      We represent Rovier Carrington in the above-referenced action. With this letter, we are filing a redacted version of a letter requesting that the Court release Mr. Carrington pending sentencing. We will submit an unredacted version of the letter to the Court via email as well as two exhibits. In the unredacted version, we indicate which portions have been redacted with grey highlighting.

      We respectfully request that the letter be filed on the public docket in redacted form only and that the two accompanying exhibits—Mr. Carrington's medical records—be filed under seal. Redaction and sealing are appropriate because the letter and exhibits contain Mr. Carrington's medical records, treatment, and diagnoses. *See* S.D.N.Y. ECF Rules & Instructions 21.4 ("Caution should be exercised when filing documents that contain . . . [m]edical records, treatment, and diagnosis."). The government has no objection to our request to file these materials under seal.

      Respectfully submitted,

/s/ *Telemachus P. Kasulis*
Telemachus P. Kasulis
Joshua P. Bussen

cc:   Counsel of record

The Defendant's motion to file the bail application and accompanying exhibits in redacted form and under seal is GRANTED.

SO ORDERED.

*Valerie Caproni*                               10/10/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE