```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA :
 :
        -against- : 21-CR-653 (VEC)
 :
 : ORDER
ROVIER CARRINGTON, :
                    Defendant. :
 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference in this matter is scheduled for Tuesday, October 24, 2023, at 10:15 A.M.; and

    WHEREAS this time is no longer convenient for the Court.

    IT IS HEREBY ORDERED that the status conference in this matter will be held on **Wednesday, October 25, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  October 20, 2023**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**