USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
-against- : 21-CR-653 (VEC)
:
: <u>ORDER</u>
ROVIER CARRINGTON, :
                                Defendant. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a bail hearing and status conference on October 25, 2023.

IT IS HEREBY ORDERED that Mr. Carrington's application to be released is DENIED for the reasons stated at the hearing.

IT IS FURTHER ORDERED that a hearing to determine Mr. Carrington's mental competency will be held on **Friday, December 1, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: October 25, 2023
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**