**MEMO ENDORSED**

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/2023

November 27, 2023

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Rovier Carrington,</u>
               21 Cr. 653 (VEC)

Dear Judge Caproni,

      We represent Rovier Carrington in the above-referenced action. This morning we provided to the Court and the government via email a copy of the Supplemental Forensic Psychological Report prepared by Dr. Cheryl Paradis pursuant to the Court's request at the hearing on October 25, 2023. We request that Dr. Paradis's supplemental report be filed under seal. Sealing is appropriate because the report contains discussion relating to Mr. Carrington's medical records and diagnoses. *See* S.D.N.Y. ECF Rules & Instructions 21.4 ("Caution should be exercised when filing documents that contain . . . [m]edical records, treatment, and diagnosis."). The government has no objection to our request to file Dr. Paradis's report under seal.

                                           Respectfully submitted,

                                           /s/ *Telemachus P. Kasulis*
                                           Telemachus P. Kasulis
                                           Joshua P. Bussen

cc:     Counsel of record

Application GRANTED.  The Supplemental Forensic Psychological Report will be filed under seal.

Not later than **Wednesday, November 29, 2023**, the parties must meet and confer and submit a joint letter to the Court indicating whether the competency hearing scheduled for Friday, December 1, 2023, at 10:30 A.M. should (1) be canceled, with a sentencing hearing to be scheduled for a later date; (2) proceed as a status conference; or (3) proceed as a competency hearing.

SO ORDERED.

*Valerie Caproni*   11/27/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE