Case 1:21-cr-00653-VEC Document 123 Filed 11/29/23 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2023

**MEMO ENDORSED**

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

November 29, 2023

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Rovier Carrington,</u>
21 Cr. 653 (VEC)

Dear Judge Caproni,

      We represent Rovier Carrington in the above-referenced action. Pursuant to the Court's order, we write to provide our view as to whether the appearance scheduled for this Friday should continue as a competency hearing, go forward as a status conference, or be marked off the calendar.

      After conferring with the government, we respectfully request that the appearance be <u>converted to a status conference</u>. Communications with our client have broken down and we do not feel that we can make strategic decisions about how to proceed on his behalf until those issues can be addressed with the Court. Accordingly, we ask that the matter go forward as a conference only. We will inform Dr. Paradis that she should not appear unless instructed otherwise by the Court.

      In addition, Mr. Carrington has raised a number of continuing issues with his health since being transferred to the MDC from Essex several weeks ago. In an effort to learn more about those issues, we have asked (through the AUSAs) to speak with a treating physician there. The physician has indicated that he cannot speak with us until Mr. Carrington provides him with an executed HIPAA release. Mr. Carrington tells us that he is having difficulty getting the medical staff to meet with him. Accordingly, we respectfully request that the Court order the MDC to

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable Valerie E. Caproni
November 29, 2023
Page 2

provide Mr. Carrington with the requisite HIPAA release form as soon as possible. The government takes no position on this request.

      We thank the Court for its attention to these issues.

                              Respectfully submitted,

                              /s/ *Telemachus P. Kasulis*
                              Telemachus P. Kasulis
                              Joshua P. Bussen

cc:    Counsel of record

---

Application GRANTED in part. The competency hearing scheduled for Friday, December 1, 2023, at 10:30 A.M. is hereby converted to a status conference, which Dr. Paradis is not required to attend. The Court will address Mr. Carrington's medical treatment at the status conference.

SO ORDERED.

*[signature]*
11/29/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE