USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :
               -against-                                      :         21-CR-653 (VEC)
                                                                     :
                                                                     :         <u>ORDER</u>
ROVIER CARRINGTON,                                                   :
                                 Defendant.                     :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 1, 2023, the parties appeared before the Court for a status conference (the "Conference");

       IT IS HEREBY ORDERED that for the reasons stated at the Conference, not later than **Wednesday, December 6, 2023**, Defendant must file a status update notifying the Court whether he requests a competency hearing or whether he is prepared to proceed to sentencing.

       IT IS FURTHER ORDERED that, if Defendant is prepared to proceed to sentencing, the sentencing hearing will take place on **Thursday, January 11, 2024, at 10:30 A.M.**, and the parties' supplemental sentencing submissions will be due on **Thursday, December 28, 2023**.

**SO ORDERED.**

**Date: December 1, 2023**                                  _____
      **New York, NY**                                            **VALERIE CAPRONI**
                                                          **United States District Judge**