USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:
        -against-                           :          21-CR-653 (VEC)
:
:          <u>ORDER</u>
ROVIER CARRINGTON, :
                      Defendant. :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 1, 2023, the parties appeared before the Court for a status conference (the "Conference"); and

    WHEREAS at the Conference, Defendant asked the Court to request an update on Defendant's medical treatment from the Metropolitan Detention Center (the "MDC");

    IT IS HEREBY ORDERED that, in response to the Court's inquiry, the MDC reported that Defendant's omeprazole prescription has expired and will most likely not be renewed, that lab work has been ordered for the Defendant with results expected within the next few weeks, and that Defendant will be offered an STD test.  According to the MDC, Defendant refused to consent to a complete medical exam following his reported assault.

**SO ORDERED.**

Date:  **December 1, 2023**
       **New York, NY**
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**