**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2023

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

December 20, 2023

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Rovier Carrington,
      21 Cr. 653 (VEC)

Dear Judge Caproni,

We represent Rovier Carrington, who is currently scheduled to be sentenced by the Court on January 11, 2024. Mr. Carrington has informed us that he continues to experience adverse health effects from his confinement in the MDC. Thus, Mr. Carrington has requested that, if the Court has availability, his sentencing be rescheduled to a date during the first week of January 2024. The government and counsel for Mr. Carrington are both available on January 2 or 5, or in the morning of January 4.

Respectfully submitted,

/s/ *Telemachus P. Kasulis*
Telemachus P. Kasulis
Joshua P. Bussen

cc:   Counsel of record

---

Application GRANTED in part. Mr. Carrington's sentencing is hereby rescheduled from Thursday, January 11, 2024, at 11:00 A.M. until **Monday, January 8, 2024, at 3:30 P.M.** The parties' supplemental sentencing submissions remain due on **Thursday, December 28, 2023.**

SO ORDERED.

*[signature]* 12/21/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE