**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/03/2024

## Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

January 3, 2024

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:  United States v. Rovier Carrington,
> 21 Cr. 653 (VEC)

Dear Judge Caproni,

We represent Rovier Carrington in the above-referenced action.  Contemporaneously with filing this letter, we are providing the Court via email with updated redactions to the supplemental sentencing submission filed on behalf of Mr. Carrington.

On December 28, 2023, we filed a motion seeking leave to file a redacted version of the supplemental sentencing submission on the public docket.  Dkt. No. 132.  That same day, we filed a redacted version of the supplemental sentencing submission, Dkt. No. 133, and provided the Court with an unredacted version via email.  On December 29, 2023, the Court denied the application to file the redacted version of the submission on the public docket and directed Mr. Carrington to "either file an unsealed version of his supplemental sentencing submission on the public docket, or propose more limited redactions that do not include matters discussed in open Court."  Dkt. No. 134.

We are providing to the Court via email an unredacted version of the sentencing submission that contains more limited redactions.  We indicate with grey highlighting the

Morvillo Abramowitz Grand Iason & Anello P.C.

The Honorable Valerie E. Caproni
January 3, 2024
Page 2

portions we request be redacted in the public filing.  If the Court grants our application to file the submission with these redactions, we will file a redacted version on the public docket.

In connection with the original filing of the supplemental sentencing submission, Dkt. No. 133, the government had no objection to our request to file a redacted version on the public docket.  With respect to our efforts to revise those redactions in response to the Court's Order, Dkt. No. 134, the government takes no position.

Respectfully submitted,

/s/ *Telemachus P. Kasulis*
Telemachus P. Kasulis
Joshua P. Bussen

cc:    Counsel of record

Application GRANTED in part.  Not later than **Friday, January 5, 2024**, Defense counsel must re-file their sentencing submission applying the redactions proposed to Chambers, except **without** redacting information that has previously been publicly disclosed in: (1) the first full paragraph on page 3 ("As shown by . . ."); (2) the second full paragraph on page 6 ("The Reports issued by . . ."); and (3) the first full paragraph on page 7 ("Dr. Paradis's reports . . .").

SO ORDERED.

01/03/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE